## FORTNEY *v.* STEPHAN.

1. APPEAL AND ERROR—MISCARRIAGE OF JUSTICE.

In an action for libel, although it was error for the trial court, in sending in to the jury newspaper articles received in evidence, to send in a paper without deleting one article not in evidence, claimed to be prejudicial to plaintiff, the case will not be reversed where it cannot be said that the error resulted in a miscarriage of justice.

2. SAME—AFFIDAVIT OF JUROR NOT CONSIDERED.

The Supreme Court may not consider the affidavit of a juror on motion for rehearing on question of reversal for error of the trial court in sending to the jury a newspaper article not in evidence claimed to be prejudicial to plaintiff.

Error to Ottawa; Cross (Orien S.), J. Submitted October 5, 1926. (Docket No. 4.) Decided April 1, 1927. Rehearing denied July 29, 1927.

¹Appeal and Error, 4 C. J. § 2935; ²Id., 4 C. J. § 2521.

Case by Delbert Fortney against Evart P. Stephan for libel.    Judgment for defendant.    Plaintiff brings error.    Affirmed.

*Charles E. Misner,* for. appellant.

*Robinson & Parsons, Charles H. McBride,* and *Diekema, Kollen & Ten Cate,* for appellee.

### ON MOTION FOR REHEARING.

PER CURIAM.    Plaintiff asks for a rehearing.    We do not feel that a rehearing should be granted.    One assignment of error, however, was not covered in the opinion (237 Mich. 603), but has been considered and will now be decided.    At the trial certain articles in newspapers were received in evidence.    In one newspaper an article, claimed to be prejudicial to plaintiff, was not in evidence.    In the absence of counsel for plaintiff the jury requested the exhibits and the court, without deleting the article not in evidence, sent the newspapers to the jury.    In this the court was in error, but we cannot say, upon an examination of the entire case, it affirmatively appears that the error resulted in a miscarriage of justice.    We may not consider the affidavit of a juror.    Plaintiff should have severed the articles in evidence from the other newspaper contents and thereby saved the court from falling into the error.

Rehearing denied, without costs.